UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
JOSE ADOLFO CARBAJAL,

              Plaintiff,

    - against -

VILLAGE OF HEMPSTEAD, VILLAGE
OF HEMPSTEAD POLICE DEPARTMENT,
DETECTIVE SALVATORE MANCUSO in
his official and individual capacity,
DETECTIVE FRANK PUMA in his official
and individual capacity, DETECTIVE STEPHEN
KARLYA in his official and individual capacity,
DETECTIVE DONALD SIMONE in his official
and individual capacity, and DETECTIVE
LIEUTENANT JOSEPH WING, in his official
and individual capacity,

              Defendants.

------------------------------------------------------X

DOCKET NO.: CV-02-4270
(DLI)(ETB)

## NOTICE OF REJECTION OF OFFER OF JUDGMENT

PLEASE TAKE NOTICE that in response to your Offer of Judgment dated August 27, 2007, and received by Plaintiff's counsel on August 28, 2007, Plaintiff hereby rejects said offer of seventy five thousand and one dollars ($75,001.00), as same is totally inadequate in light of the discovery had thus far and the damages, attorneys fees and costs disclosed to defendants and is not accepted as a good faith effort, attempt and/or offer to settle this matter.

Dated: Hempstead, New York
       September 5, 2007

                              LAW OFFICES OF
                              FREDERICK K. BREWINGTON
                              50 Clinton Street, Suite 501
                              Hempstead, New York 11550
                              (516) 489-6959

To: Joshua M. Jemal, Esq.