PETER A. BEE*
RICHARD P. READY
PETER M. FISHBEIN
JAMES R. HATTER
THOMAS J. DONOVAN
KENNETH A. GRAY
JOSHUA M. JEMAL
DONALD J. FARINACCI

OF COUNSEL

THOMAS V. PANTELIS
ROBERT G. LIPP (DECEASED)
ROBERT R. McMILLAN

*ALSO ADMITTED IN FL
** ALSO ADMITTED IN MA
*** ALSO ADMITTED IN CT
**** ALSO ADMITTED IN NJ

SENIOR ASSOCIATES

**ALLYSON D. JOHNSON FLASH
WILLIAM C. DeWITT
ROBERT M. CONTI

ASSOCIATES

ANGELO M. BIANCO
***VICTOR KOTEC
MICHAEL KRALL
BRIAN A. SUPER
ROBERT M. GOODSTEIN
PATRICK K. FOSTER
LEE–DAVID WEINER
ALLISON S. BILLER
TINA N. ALTINEL
ANN MARIE CRUZ
****DARREN R.MARKS



BEE READY FISHBEIN HATTER & DONOVAN, LLP
# BRFH&D
ATTORNEYS AT LAW

September 26, 2007

**Via ECF**

Hon. E. Thomas Boyle
Magistrate
United States District Court
Eastern District of New York
Long Island Federal Courthouse
100 Federal Courthouse
Central Islip, New York 11722-4444

Re:   Jose Adolfo Carbajal v. County of Nassau, et al.
      U.S. District Court Index No.:   CV-02-4270
      Our File No.:                     5683-0012

Dear Honorable Sir:

As you may recall, this office represents the interests of the remaining Defendants in the above-referenced matter. I am in receipt of correspondence from Plaintiff's counsel, dated September 5, 2007, with regard to the above-referenced matter. In counsel's correspondence he has rejected our Rule 68 Offer of Judgment relating to this matter. Also, in his correspondence he has indicated his willingness to entertain a settlement conference and/or mediation. In this regard, we are requesting that the Court convert the telephone conference of October 3, 2007 to an actual settlement conference with the parties present to conduct meaningful settlement negotiations.

I have contacted Plaintiff's office who consents to this conference. However, the Plaintiff has informed me that he will be engaged in trial before Justice Block in Brooklyn during the first week of October. Therefore, the parties have agreed to request Your Honor to schedule the in person settlement conference for Thursday, October 4, 2007, at 2:00 p.m. regarding this matter. Please note that the appeal with the Second Circuit is still pending, and we are awaiting a date for oral arguments regarding same. We request that you advise if this date is acceptable to the Court. We will make ourselves available for a more convenient date, should same be necessary.

Hon. E. Thomas Boyle
September 26, 2007
Page 2 of 2

Your courteous consideration is appreciated in this regard.  If you should have any questions or require any additional information, please feel free to contact our office.

>Very truly yours,
>
>BEE READY FISHBEIN HATTER & DONOVAN, LLP
>
>*/s/ Joshua M. Jemal*
>
>By:   Joshua M. Jemal (JMJ 0402)

JMJ/kmd

cc:   **Via Fax and Regular Mail**
      **Fax No.:  (516) 489-6958**
      Law Offices of Frederick K. Brewington, Esq.
      *Attorneys for Plaintiff*
      50 Clinton Street, Suite 501
      Hempstead, New York  11550