UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X    Index No. CV-02-4270
JOSE ADOLFO CARBAJAL,                         (DLI) (ETB)

                Plaintiff,

   -against-                                STIPULATION
                                             OF DISCONTINUANCE

VILLAGE OF HEMPSTEAD, VILLAGE
OF HEMPSTEAD POLICE DEPARTMENT,
DETECTIVE SALVATORE MANCUSO in
his official and individual capacity,
DETECTIVE FRANK PUMA in his official
and individual capacity, DETECTIVE STEPHEN
KARLYA in his official and individual capacity,
DETECTIVE DONALD SIMONE in his official
and individual capacity, and DETECTIVE
LIEUTENANT JOSEPH WING, in his official
and individual capacity,

                Defendants.
----------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed with the Clerk of the Court without further notice.

DATED:     Mineola, New York
               November 15, 2007

BEE READY FISHBEIN HATTER             FREDERICK K. BREWINGTON, ESQ.
& DONOVAN, LLP

By: _____                By: _____
    Joshua M. Jemal                                 Frederick K. Brewington
*Attorneys for Defendants*                  *Attorney for Plaintiff*
170 Old Country Road, Suite 200       50 Clinton Street, Suite 501
Mineola, New York 11501               Hempstead, New York 11550
(516) 746-5599                               (516) 489-6959
**File No.: 5683-0012**

                                  SO ORDERED: _____